IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:17-CV-3113-C |
| ) | |
| THE DEPARTMENT OF JUSTICE and ) | |
| BEN BRIESCHKE, ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Senior District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff failed to pay the $400.00 filing fee within fourteen days of the date of the filing of the Magistrates Findings, Conclusions and Recommendation.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g).

SIGNED this 10 day of January, 2018.

SENIOR UNITED STATES DISTRICT JUDGE